UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAHIR B. HELO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA SERVICING COMPANY, et al.,<br><br>　　　　　Defendants. | Case No.: 1:14-cv-01522 - LJO - JLT<br><br>ORDER WITHDRAWING THE FINDINGS AND RECOMMENDATIONS DATED JANUARY 13, 2015 |

On January 12, 2015, the Court issued Findings and Recommendations that the action be dismissed without prejudice for Plaintiff's failure to prosecute the action and failure to comply with the Court's orders to file an amended complaint. (Doc. 6.) On January 13, 2015, Plaintiff filed a belated response to the Court's order to show cause, in the form of a First Amended Complaint. (Doc. 7.) Because Plaintiff exhibited a desire to continue with this action, the Findings and Recommendations dated January 13, 2015 (Doc. 6) are **WITHDRAWN**.

IT IS SO ORDERED.

Dated: **January 16, 2015**　　　　　　　　　　　　　　／s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1